IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RANDALL G. LAY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D14-2267

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed September 3, 2014.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Randall G. Lay, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, ROWE, and OSTERHAUS, JJ., CONCUR.